```
 1  JIM D. SMITH
    ATTORNEY AT LAW
 2  221 S. Second Avenue
    Yuma, Arizona  85364
 3  (928) 783-7809
    Attorney No. 2661
 4
    Attorney for Trustee
 5

 6

 7              IN THE UNITED STATES BANKRUPTCY COURT

 8                  FOR THE DISTRICT OF ARIZONA

 9  In Re:                      )    CHAPTER 7 CASE
                                )    Case No. B-07-00587-YUM-EWH
10  DAVID J. CONAWAY,           )
                                )    TRUSTEE'S APPLICATION
11                              )        FOR APPROVAL OF
                 Debtor.        )    LITIGATION SETTLEMENT
12  _____)
```

13    Jim D. Smith, Chapter 7 Trustee, makes Application and states

14  as follows:

15                                   I.

16    That an unresolved litigation in this Bankruptcy Case filed by

17  the Trustee in this Case as follows: [1] *"Trustee's Objection to*

18  *Claimed Exemptions"*, which involves the Bankruptcy Estate's interest

19  in the 1998 Super Glide Harley Davidson Motorcycle listed in the

20  Debtor's Schedule B-35, [2] Resolve the issues in Adversary

21  Litigation captioned: *"Trustee v. David Conaway, Adv. #08-41"*, and

22  [3] *"Trustee's Motion for Accounting for Proceeds of Sale of Estate*

23  *Asset"* (herein the "Litigation"). This Settlement also includes the

24  Bankruptcy Estate's interest in the Debtor's 2007 Income Tax Refunds

25  (herein "Tax Refunds") and all other assets disclosed in the

26

1 | Debtor's Schedules filed on October 30, 2007 (herein "other assets").

II.

That the Trustee and the Debtor have agreed, subject to final Court approval, that the Debtor will pay the sum of **$5,000.00** to the Bankruptcy Estate to settle and resolve the Litigation and the Bankruptcy Estate's interest in the Tax Refunds and other assets. Upon payment of the **$5,000.00** by the Debtor, the Bankruptcy Estate shall have no further interest in the Tax Refunds and other assets and the Litigation will be dismissed.

III.

The parties have entered into a written Settlement Agreement, a copy of which is attached hereto as Exhibit "A".

IV.

That the Trustee has fully investigated this matter and represents that, in his opinion, this settlement is in the best interest of the Bankruptcy Estate and will result in savings of legal expenses.

WHEREFORE, the Trustee prays:

1. That this matter be noticed to Creditors, and,

2. That the Court will approve the Trustee's Settlement outlined herein, and,

3. For such other and further relief as the Court may deem just and proper under the circumstances.

DATED: 4-23-08

/s/ Jim D. Smith
Jim D. Smith

# LITIGATION SETTLEMENT AGREEMENT

THIS AGREEMENT is made and entered into between JIM D. SMITH, Chapter 7 Bankruptcy Trustee in the Case of David J. Conaway, Case No. B-07-00587-YUM-EWH, United States Bankruptcy Court, District of Arizona ("Trustee") and David J. Conaway ("Debtor").

IT IS ACKNOWLEDGED AS FOLLOWS:

I.  That there are legal disputes existing between the parties.

II.  That the parties desire to settle litigation filed by the Trustee in this Case as follows: [1] *"Trustee's Objection to Claimed Exemptions"*, which involves the Bankruptcy Estate's interest in the 1998 Super Glide Harley Davidson Motorcycle listed in the Debtor's Schedule B-35, [2] Resolve the issues in Adversary Litigation captioned: *"Trustee v. David Conaway, Adv. #08-41"*, and [3] *"Trustee's Motion for Accounting for Proceeds of Sale of Estate Asset"* (herein the "Litigation").  This Settlement also includes the Bankruptcy Estate's interest in the Debtor's 2007 Income Tax Refunds ("Tax Refunds") and all other assets disclosed in the Debtors' Schedules filed on October 30, 2007 ("Other Assets").

III. That the parties are entering into a Settlement of unresolved, disputed matters, solely to avoid the uncertainties and expense of continued litigation.

**IT IS THEREFORE AGREED**:

1. <u>Settlement</u>.  That the parties hereby settle their disputes concerning the Litigation.  The Trustee will agree to resolve & settle the Litigation and the Bankruptcy Estate's interest in the Tax Refunds and Other Assets for the **total sum of $5,000.00**.  The Debtor will pay **$5,000.00** to the Bankruptcy Estate on or before **March 25, 2008.**  Payment shall be made by **check or money order** payable to **"Jim D. Smith, Trustee" and by mail to 221 South Second Avenue, Yuma, Arizona 85364.**

2. This Agreement will be signed and returned to the Trustee on or before **February 15, 2008.**

3. That Trustee will file an Application to approve this Agreement with the Court and seek Court approval of this Settlement after the entire $5,000.00 is paid.

4. This Agreement may be signed in counterparts.  If, for any reason, not the fault of the Debtor, this Agreement is not approved by the U.S. Bankruptcy Court, all money paid by the Debtor under this Agreement will be refunded by the Trustee.

. . .

. . .

. . .

. . .

. . .

5. This written Agreement states the entire Agreement of the parties.

DATED this __10__ day of February, 2008.

 /s/ David J. Conaway  
David J. Conaway, Debtor

/s/ Jim D. Smith  
Jim D. Smith, Trustee

**APPROVED:**

 /s/ Cristyn E. Weil  
Cristyn E. Weil, Attorney for Debtor