ORDERED.

Dated: May 14, 2008

_Eileen W. Hollowell_
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge

Michael W. Chen, Esquire
Arizona Bar No. 17967
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Boulevard
Las Vegas, Nevada 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No. 16826927 / Our File No. 08-03-1183

Attorney for Secured Creditor
SST, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:

DAVID J. CONAWAY,

Debtor(s)

SST, Inc.
　　　　　　　Movant(s)
v.

DAVID J. CONAWAY, Debtor(s),
Jim Smith, Trustee,

　　　　　　　Respondent(s)

CHAPTER 7

BANKRUPTCY NO.: 07-00587-YUM-EWH

## 2ND AMENDED ORDER TERMINATING THE AUTOMATIC STAY RE: DEBTOR AND BANKRUPTCY ESTATE

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Automatic Stay re: Debtor and Bankruptcy Estate in the above-entitled Bankruptcy case is extinguished for all purposes as to Secured Creditor, SST, Inc., its assignees and/or successors in interest, regarding the collateral generally and legally described as follows:
　　2005 Dodge 1500
　　VIN No. 1D7HU16N25J651895

1       IT IS FURTHER ORDERED that any proof of claim filed by SST, Inc. is hereby
2 withdrawn.

3 Submitted by:

4 THE COOPER CASTLE LAW FIRM

6 By: _____  Date: 5/6/08
    Michael W. Chen, Esq.
7     Attorney for Secured Creditor
    SST, Inc.

8 NO OPPOSITION FILED

**GRANTED**