|   |   |   |
|---|---|---|
| | IN THE UNITED STATES BANKRUPTCY COURT | |
| | FOR THE DISTRICT OF ARIZONA | |

In re:                              )     CHAPTER 7 CASE
                                    )     Case No. B-07-00587-YUM-EWH
DAVID J. CONAWAY,                   )
                                    )     CERTIFICATE OF NO OBJECTION
           Debtor.                  )             -AND-
_____)     REQUEST FOR ENTRY OF ORDER

Jim D. Smith, Chapter 7 Trustee herein, states as follows:

I.

That on August 6, 2009 I prepared, filed and served a pleading captioned "Application for Allowance of Attorney's Fees" (Docket #97) and a Bar Date Notice captioned "Notice of Filing Application for Attorney's Fees" (Docket #98). Notice was given to required Creditors and interested parties. See "Affidavit of Mailing" (Docket #99).

II.

That more than twenty (20) days have passed since the Application and the Notice were filed and served.

III.

That I have received no response nor opposition to the Application and/or Notice.

IV.

That I have checked the Court's electronic docket and there has been no opposition or response entered on the Court's electronic docket.

. . .

. . .

1 | WHEREFORE, it is requested that an Order in the form submitted
2 | herewith be entered allowing Attorney's Fees as requested.
3 | DATED: August 31, 2009

/s/ Jim D. Smith
Jim D. Smith

F:\MyFiles\conaway.david.attyfee.apl.wpd